AMERICAN EMPLOYERS INSURANCE COMPANY, Inc., Appellant, v. STATE OF NORTH CAROLINA ex rel. BRANCH BANKING & TRUST COMPANY, Guardian of Hosea Collins Rhem, Appellee.

No. 3856.

Circuit Court of Appeals, Fourth Circuit.

April 25, 1935.

R. A. Whitaker and Matt H. Allen, both of Kinston, N. C., for appellant.

John G. Dawson, of Kinston, N. C., for appellee.

PER CURIAM.

Appeal dismissed, with costs, without prejudice. Order filed.

---

AMES–BALDWIN–WYOMING WORKMEN'S COUNCIL, Petitioner, v. NATIONAL LABOR RELATIONS BOARD, Respondent.

No. 3779.

Circuit Court of Appeals, Fourth Circuit.

Jan. 14, 1935.

Ambler, McCluer & Ambler, of Parkersburg, W. Va., for petitioner.

Harold M. Stephens, Asst. Atty. Gen., and Wendell Berge, Sp. Asst. to Atty. Gen., for respondent.

PER CURIAM.

Stipulation of attorneys to dismiss petition for review filed January 9, 1935.

Petition for review dismissed. Order filed.

---

Noel W. RICE as Owner of THE Barge AM. ANDREWS, etc., Libelant-Appellant, v. THE Motorship I. L. I. 102, Her Motors, etc., Erie & St. Lawrence Corporation, Claimant-Appellee.

No. 422.

Circuit Court of Appeals, Second Circuit.

May 20, 1935.

Otto & Easterday, of New York City (Henry E. Otto, of New York City, of counsel), for appellant.

Barry, Wainwright, Thacher & Symmers, of New York City (Earle Farwell, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

AMARILLO OIL COMPANY v. COMMISSIONER OF INTERNAL REVENUE.

No. 1203.

Circuit Court of Appeals, Tenth Circuit.

Dec. 31, 1934.

H. B. McCawley, of Washington, D. C., for petitioner.

Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition for review dismissed for failure to prosecute.